IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM KEITH LANEGAN, individually and/or in his capacity as ADMINISTRATOR and/or EXECUTOR of the ESTATE OF ROGER RAY LANEGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a/k/a UNUM GROUP, a/k/a UNUM PROVIDENT, et al,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 16-1706 |

## ORDER

**AND NOW**, this  10th  day of February, 2017, upon review of the Motions to Dismiss, or in the Alternative, for Summary Judgment, filed by Defendants, Unum Life Insurance Company of America, Ruth Freeman and Advance Billing, LLC, and Daimler Trucks North America, LLC and Freightliner Affiliates Retirement Savings Plan (Docket Nos. 5, 16 and 25), memoranda of law in support, Plaintiff's opposition thereto, Defendants' replies, and after oral argument on said motions, and supplemental briefing, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendant, Unum Life Insurance Company (Docket No. 5), is **GRANTED**;

2. The Motion to Dismiss of Defendants, Ruth Freeman and Advance Billing, LLC (Docket No. 16), is **GRANTED**;

3. The Motion to Dismiss of Daimler Trucks North America, LLC and Freightliner Affiliates Retirement Savings Plan (Docket No. 25), is **GRANTED**;

4. Plaintiff's Motion to Disqualify Counsel (Docket No. 27) is **DENIED** as moot;

5. Plaintiff's Complaint is **DISMISSED** with prejudice; and

6. The Clerk of Court is directed to close this matter.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**